IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02598-RM-MEH

RYAN WELLS,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2015**.

    The Joint Notice of Settlement and Request to Stay Deadlines [<u>filed May 14, 2015; docket #29</u>] is **granted** as follows. The proceedings of this case are temporarily stayed until July 15, 2015, at which time the parties shall file either dismissal papers or a status report.