IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02598-RM-MEH

RYAN WELLS,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant,

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal (ECF No. 32), and the Court being fully advised, it is therefore ORDERED that this matter shall be DISMISSED WITH PREJUDICE, each party to pay its own fees and costs.

Dated this day 8th of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge